IN THE DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| Plaintiff | ) | Case No.:1:05CV02125 |
| vs. | ) | |
| | ) | |
| 2000 Lincoln Navigator SUV | ) | |
| VIN:5LMFU28A8YLJ36287 | ) | |
| With All Appurtenances | ) | |
| And Attachments Thereon | ) | |
| | ) | |
| Registered Owner | ) | |
| Mr. Jesse A. Archibald | ) | |
| 4961 Lee Farm Ct. | ) | |
| Ellicott City, MD 21043 | ) | |

## VERIFIED STATEMENT OF INTEREST OR RIGHT

TO: KENNETH L. WAINSTEIN, UNITED STATES ATTORNEY
MICHAEL A. HUMPHREYS, ASSISTANT UNITED STATES ATTORNEY
ASSET FORFEITURE UNIT, CRIMINAL DIVISION

Mr. Jesse A. Archibald [Petitioner] hereby petitions for the remission of the forfeiture of the following property: A 2000 Lincoln Navigator sports utility vehicle, VIN 5LMFU28A8YLJ36287, bearing Maryland tag number 147M960, with all appurtenances and attachments thereon seized on May 6, 2005 in Laurel, Maryland.

The Petitioner owns the property in question and attaches hereto a bill of sale evidencing this interest.

The forfeiture of this property should be remitted because the defendant vehicle in question, was purchased by legal means through a personal injury settlement payment received

1

by the Petitioner in October 2003, in the amount of $98, 969.26, and attaches hereto Attorney Steven M. Nemeroff's settlement sheet associated with said settlement.

Approximately, a month later Mr. Archibald purchased the defendant vehicle for $29,855.50 at Auto Showcase Motor Cars located in Laurel, Maryland. The defendant vehicle was purchased with monies secured from the settlement payment.

DATED 11/16, 2005.

                                                                      Respectfully Submitted,

| | |
|---|---|
| _____ | _____/s/_____ |
| Jesse A. Archibald | Brian K. McDaniel, Esq. |
| 4961 Lee Farm Court | Counsel for Mr. Archibald |
| Ellicott City, MD 21043 | 1211 Connecticut Avenue N.W. |
| | Suite 506 |
| | Washington, DC 20036 |
| | (202) 331-0793 |
| | BKMassociates@aol.com |

WITHIN The District of Columbia

Mr. Jesse A. Archibald, the petitioner in the above proceeding, being first duly sworn, deposes and says that he has read the foregoing petition, and that the same is true and correct to the best of his knowledge, information, and belief.

_____
Jesse A. Archibald

Subscribed and sworn to before me on _____, 2005.