# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-2125 |
| ) | |
| **ONE 2000 LINCOLN NAVIGATOR,** ) | |
| **VIN 5LMFU28A8YLJ36287** ) | |
| **WITH ALL APPURTANANCES** ) | |
| **AND ATTACHMENTS THEREON,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

## **PRAECIPE**

Please enter the appearance of Judith A. Kidwell as counsel for Plaintiff United States in this action and withdraw Michael Humphreys.

Respectfully submitted,

/s/
_____
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th St., N.W., Room 4818
Washington, D.C. 20530
202-514-7250

/s/
_____
MICHAEL A. HUMPHREYS
DC Bar # 383353
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

     I HEREBY certify that I caused a copy of the foregoing to be served upon counsel for claimants:

Brian K. McDaniel, Esq.
1211 Connecticut Avenue, N.W.
Suite 506
Washington, DC 20036
(Counsel for Jesse A. Archibald)

by means of the Court's ECF filing system, on this 18th day of January, 2006.

/s/
_____
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th St., N.W., Room 4818
Washington, D.C. 20530
202-514-7250