IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-2125 (RMU) |
| v. ) | |
| ) | |
| ONE 2000 LINCOLN NAVIGATOR, ) | |
| VIN 5LMFU28A8YLJ36287 ) | |
| With All Appurtenances and ) | |
| Attachments Thereon, ) | |
| ) | |
| Defendant. ) | |

## PARTIES' REPORT PURSUANT TO LCvR 16.3

Pursuant to LCvR 16.3(d), the United States of America, Plaintiff herein, as represented by the United States Attorney for the District of Columbia, and the Claimant, Jesse A. Archibald, as represented by his counsel Brian K. McDaniel, Esq., hereby, make their joint Rule 16.3 report to the Court; the parties having conferred by telephone on March 2, 2006.

(1) **Dispositive Motion**: The Plaintiff believes that this case can be disposed of by dispositive motion. The Claimant does not believe that this case can be disposed of by dispositive motion.

(2) **Joinder of Parties**: The parties agree that no additional parties need be joined and the parties do not anticipate amendments to the pleadings.

(3) **Assignment to a Magistrate Judge**: The parties object to the referral of this matter to a Magistrate Judge.

(4) **Possibility for Settlement:** The parties believe that if the case is not resolved by dispositive motion, and after discovery has been completed, there may be some possibility of settlement.

(5) **ADR**: The parties believe that it is too early to assess whether alternative dispute resolution will be appropriate at this time. The parties would like to reserve the option to engage in ADR at a later time.

(6) **Resolution by Dipositive Motion**: Plaintiff believes that this case can be resolved, in whole or in part, by dispositive motion. The Claimant believes that this matter can only be resolved through trial on the merits.

(7) **Initial Disclosures**: The parties agree to comply with the rule for initial disclosures as embodied in Rule 26 (a) (1) of the Federal Rules.

(8) **Discovery**: The parties propose a four (4) month discovery period. The parties consent to up to four depositions for the Plaintiff and four depositions for Claimant. The parties consent to the submission of up to thirty (30) interrogatories, ten (10) requests for admissions, and ten (10) requests for production of documents (excluding sub-parts) by each party.

(9) **Exchange of Expert Witness Information**: While neither party anticipates the need for expert testimony, they request that the court establish a deadline for disclosure of expert witnesses as set forth in the proposed scheduling order, attached hereto.

(10) **Class Action Procedures**: Not applicable.

(11) **Bifurcation of Trial and/or Discovery**: Not applicable.

(12) **Date for Pretrial Conference**: The parties desire that the pretrial conference not be set until the Court has ruled on any dispositive motions filed following the close of discovery in this case.

(13) **Trial Date**: The Court should set the trial date at the pretrial conference, rather than in the scheduling order.

(14) **Other Matters**: None.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. Bar No. 451058

WILLIAM R. COWDEN.
Assistant United States Attorney
D.C. Bar No. 426301

_____
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th St., N.W.
Room 4818
Washington, D.C. 20530
(202) 514-7250
**For the Plaintiff**


_____
BRIAN K. MCDANIEL, ESQ.
1211 Connecticut Avenue, N.W.
Suite 506
Washington, D.C. 20036
**For the Claimant**

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) Civil Action No. 05-2125 (RMU)<br>v. )<br>)<br>ONE 2000 LINCOLN NAVIGATOR, )<br>VIN 5LMFU28A8YLJ36287 )<br>WITH All Appurtenances and )<br>Attachments Thereon, )<br>)<br>Defendant. ) | |

### SCHEDULING ORDER

UPON CONSIDERATION Of the parties' report to the Court pursuant to LCvR 16.3 (d) concerning a proposed schedule for conduct of this litigation and pleadings filed in the instant case, and following a brief scheduling conference on the ____ day of _____ 2006, it is, hereby,

ORDERED that:

A. The parties shall exchange Initial Disclosures, pursuant to the requirements of Rule 26 (a) (1), F.R.Civ. P, no later than _____, 2006.

B. The following limitations on discovery shall apply:

   1. The number of interrogatories shall be limited to thirty for each party, the number of requests for admissions and requests for production of documents shall be limited to ten for each party, subparts excluded;

   2. The number of depositions shall be limited to four for each party;

   3. Expert witness information shall be exchanged as follows:

       a.     Plaintiff shall disclose to Claimants its expert witness information at least 60 days prior to the completion of discovery;

       b.     Claimants shall disclose to Plaintiff their expert witness information at least 30 days after Plaintiff's disclosures of such information to Claimants.

4.     Discovery shall be completed 120 days from the date of entry of this scheduling order by the Court.

C.     Any motion dispositive of the claims or any of the allegations contained in the Complaint shall be filed within 60 days after the conclusion of discovery. The opposition to such motion shall be filed within 30 days of the filing of the dispositive motion, and replies shall be due 15 days after the filing of any opposition.

D.     If claims remain after the Court's ruling on any dispositive motion, a pretrial conference will be scheduled to occur at the earliest possible time thereafter. If no dispositive motion is filed, a pretrial conference will be scheduled to occur at the earliest possible date following the deadline for filing dispositive motions.

E.     It is the Court's intention to set a trial date at the earliest possible date following the pretrial conference.

                                                                _____
                                                                United States District Judge

Send a copy of the signed Order to:

Judith A. Kidwell
Assistant U.S. Attorney
555 Fourth Street, N.W., Room 4818
Washington, D.C. 20530

Brian K. McDaniel, Esq.
1211 Connecticut Avenue, N.W.
Suite 506
Washington, D.C. 20036

3