IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-2125 (RMU) |
| ) | |
| ONE 2000 LINCOLN NAVIGATOR ) | |
| VIN: 5LMFU28A8YLJ36287, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| Claimant:  Jesse Allen Archibald ) | |

FINAL ORDER OF FORFEITURE

This matter comes before the Court on the United States' Motion for Summary Judgement.  On November 1, 2005, a Verified Complaint for Forfeiture *In Rem* against the defendant 2000 Lincoln Navigator was filed by the plaintiff, United States of America.  The complaint alleges, and the owner of the defendant vehicle has admitted, that the defendant vehicle was used to facilitate the transportation and possession of a controlled substance, PCP (Phencyclidine), in violation of the Controlled Substances Act.  As such, the defendant vehicle is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4).

It appearing that process was fully issued in this action with respect to the defendant and claimant and returned according to law;

It appearing that no right, title, or interest in the defendant vehicle exists in any other party;

UPON CONSIDERATION of United States' Motion For Summary Judgment, and any

response thereto, and the entire record herein, it is on this _____ day of _____, 2007, hereby,

ORDERED that the United States' Motion for Summary Judgment be and hereby is GRANTED; Accordingly,

IT IS ORDERED, ADJUDGED AND DECREED that the defendant property further identified as:

**One 2000 Lincoln Navigator SUV**
**VIN:  5LMFU28A8YLJ36287**

be forfeited to the United States of America, and that said defendant property be disposed of in accordance with applicable law.

That the Clerk is hereby directed to send certified copies of this Judgment of Forfeiture to counsel of record and to the United States Marshals Service.

_____
THE HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE