**ORIGINAL**

1

```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3
 4   - - - - - - - - - - - - - - -x
 5   UNITED STATES OF AMERICA,      :
 6           Plaintiff,             :
 7   vs.                            :
 8   2000 LINCOLN NAVIGATOR SUV,    :   Case No: 05-1742M
 9           Defendant.             :
10   - - - - - - - - - - - - - - -x
11                                       Washington, DC
12                                       August 9, 2006
13
14
15   Whereupon,
16                  JESSE ALLEN ARCHIBALD
17   the Witness, called for examination by counsel for the
18   Plaintiff, pursuant to notice and agreement of counsel as to
19   time and place, at 555 4th Street, Washinton, D.C., before
20   David Becker, a Notary Public in and for the District of
21   Columbia.
22
23
24
25
```

**GOVERNMENT EXHIBIT A**

```
 1      A     Yes.  I didn't know you meant what state.
 2      Q     Did you file income taxes in any other state besides
 3 Maryland?
 4      A     No.
 5      Q     In the last five years?
 6      A     No.
 7      Q     Where did you purchase the Lincoln Navigator?
 8      A     Auto Showcase in Laurel, Maryland.  It's located on
 9 Route 1.
10      Q     How did you pay for the Lincoln Navigator?
11      A     With a cashier's check.
12      Q     And where did you purchase that cashier's check?
13      A     M & T Bank, located in Laurel, Maryland.
14      Q     What was the source of the funds that were used to
15 purchase the cashier's check?
16      A     A settlement.  I received a settlement because I was
17 ran over by a van.
18      Q     Did you have an account at --
19      A     Yes, I did.
20      Q     -- M & T Bank?
21      A     Yes.
22      Q     Did you deposit your settlement check into the bank
23 and then purchase a cashier's check?
24      A     Yes.
25      Q     So the funds came from a settlement in a personal
```

```
 1  paid.  He received his fee for his services and he gave me a
 2  check for the remaining balance.
 3       Q    One second.
 4            (Pause.)
 5            BY MS. KIDWELL:
 6       Q    Mr. Archibald, May 6th, 2005, were you stopped by
 7  the United States Park Police while driving the defendant
 8  Lincoln Navigator?
 9       A    Yes, I was.
10       Q    At that time were you on the Baltimore Washington
11  Parkway?
12       A    Yes, I was.
13       Q    Were there any passengers in your car at the time?
14       A    Yes.
15       Q    How many passengers --
16       A    One.
17       Q    -- were there?
18       A    One.
19       Q    Was the passenger a minor?
20       A    Yes, he was.
21       Q    Why was he in your SUV?
22            MR. McDONALD:  Objection.
23            THE WITNESS:  I don't answer?
24            BY MS. KIDWELL:
25       Q    Are you refusing to answer?
```

```
 1  Gorbutt, live?
 2       A    In Clinton, Maryland.
 3       Q    Do you know the address?
 4       A    No, I don't.
 5       Q    How old is your Corey Lee Gorbutt?
 6       A    Seventeen.
 7       Q    And is he employed?
 8       A    At the moment, no.
 9       Q    Is he in school?
10       A    No.  He just recently dropped out to work.  I think
11  he's looking for work.
12       Q    Where was he attending school?
13       A    I guess the school he was attending was Hammond High
14  School (phonetic) in Howard County, the last time he was in
15  school.
16       Q    Mr. Archibald, were you arrested as a result of that
17  traffic stop on May 6th, 2005?
18       A    Yes, I was.
19       Q    At the time when you were arrested, had you been
20  drinking alcohol?
21       A    Earlier I was drinking, yes.
22       Q    Was alcohol found in the Lincoln Navigator by the
23  Park Police on March 6th, 2005 (sic)?
24       A    Yes, it was.
25       Q    At the time of that arrest was your license
```

1  restricted in any way?
2      A    No, not to my knowledge.
3      Q    Had you previously been cited or arrested for any
4  type of driving violations?
5      A    In the, the whole history of me having a license?
6      Q    Yes.
7      A    Yes, I have.
8      Q    Where had you been cited or arrested for driving
9  violations?
10     A    Howard County.  I think maybe PG County, but I think
11 just Howard County --
12     Q    And at the time of your arrest, isn't it true that
13 the Park Police found 12 small bottles of PCP in the defendant
14 Lincoln Navigator?
15     A    Yes.
16     Q    And I'll show you now what I'll ask to be marked as
17 Exhibit 1.
18          (Archibald Deposition Exhibit Number 1 marked for
19 identification.)
20          BY MS. KIDWELL:
21     Q    Is this the criminal complaint that was filed
22 against you as a result of your arrest by the Park Police on
23 March 6th, 2005 (sic)?
24     A    Yes, it is.
25     Q    And did you subsequently plead guilty to Counts 1

```
 1  and 3 of that criminal complaint?
 2       A    Yes, I did.
 3       Q    Was that criminal complaint filed in the United
 4  States District Court for the District of Maryland?
 5       A    Yes.
 6       Q    And did you -- you plead guilty, then, to one count
 7  of possessing a controlled substance, that is PCP, in
 8  violation, 21 U.S.C. Section 844, and to one count of driving
 9  under the influence.  Is that correct?
10       A    Yes, I pleaded to possession, DUI.
11       Q    And that's Counts 1 and 3 of this criminal
12  complaint.  Is that right?
13       A    Yes, it is.
14       Q    Which is Exhibit 1?
15       A    Yes.
16       Q    Did you -- were you sentenced to any imprisonment
17  time?
18       A    Yes, I was.
19       Q    How, how long?
20       A    I did seven months on house arrest and three months
21  in jail.
22       Q    Are you currently on supervised release?
23       A    Yes.
24       Q    Have you been arrested since May 6th, 2005?
25            MR. McDONALD:  Objection.
```