# UNITED STATES DISTRICT COURT

### District of Maryland

UNITED STATES OF AMERICA

v.

JESSE ALLEN ARCHIBALD
4961 Lee Farm Court
Ellicot City, MD 21043
    Defendant

## CRIMINAL COMPLAINT

CRIMINAL CASE NO. 05-1742-M

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about May 6, 2005, in the District of Maryland, on lands within the special maritime and territorial jurisdiction of the United States, administered by the National Park Service, defendant did knowingly, wilfully and intentionally:

(1) possess a controlled substance, to wit, PCP (phencyclidine), in violation of 21 U.S.C. § 844

(2) possess with intent to distribute a controlled substance, to wit, PCP (phencyclidine), in violation of 21 U.S.C. § 841(a)(1), (b)(1)(D);

(3) drive while under the influence, in violation of 36 CFR 4.23(a)(1);

(4) drive while intoxicated, in violation of 36 CFR 4.23(a)(2);

(5) unsafely operate a vehicle, in violation of 36 CFR 4.22(b);

(6) have an open container in a motor vehicle, in violation of 36 CFR 4.14(b);

(7) act to render a child delinquent, in violation of Title 3, Courts and Judicial Proceedings, §3-8A-30, f Maryland Criminal Laws, Annotated;

(8) fail to maintain lane, in violation of MTA §21-309(b);

(9) follow too closely, in violation of MTA §21-310(a);

(10) drive a vehicle in violation of a restricted license requirement, in violation of MTA §16-113(h)

See attached report.

GOVERNMENT EXHIBIT
B

Frank R. Onolfi
Officer Onolfi
US Park Police

EXHIBIT 6/5/06
PB 1
ARCHIBALD

1