# AFFIDAVIT OF PUBLICATION

<u>AD#10106155</u>

Personally appeared before me, <u>ANGELA B. LEDFORD,</u>
a Notary Public in and for the State of Maryland,

<u>CARL S. JOHNSON</u> who being duly sworn according to law, on oath says that he is an AUTHORIZED AGENT of THE WASHINGTON TIMES, LLC, publisher of

## The Washington Times

Circulated daily, in the City of Washington, District of Columbia, and that the advertisement, of which the annexed is a true copy was published in said newspaper <u>1</u> time(s) on the following dates:

<u>2005 DECEMBER 2</u>

at the rate of <u>$ 2.91</u> per line.

Total Cost <u>$ 183.33</u> Dollars

*[signature: Carl S. Johnson]*

Subscribed and sworn to before me

<u>FEBRUARY 13, 2006</u>

Notary Public *[signature: Angela B. Ledford]*

GOVERNMENT EXHIBIT E

My Commission expires <u>September 10, 2006</u>

ANGELA B. LEDFORD
Notary Public
St. Mary's County
MARYLAND
My Commission Expires September 10, 2006

**NOTICE**

NOTICE IS HEREBY GIVEN that by virtue of a Warrant for Arrest In Rem, issued by the U.S. District Court for the District of Columbia, in an action entitled UNITED STATES v. ONE 2000 LINCOLN NAVIGATOR, VIN 5LMFU28A8YLJ36287 WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, the United States Marshals Service for the District of Columbia arrested on November 3, 2005, said property described above under Civil Action No. 05-2125 (RMU) and filed on November 1, 2005, with the Clerk of the Court for the District of Columbia for violations of 18 U.S.C. § 981 and 21 U.S.C. § 881 and which action requests that the said property be seized for condemnation and confiscation and requests such costs and disbursements as decreed by the Court. Any person who is entitled to possession, or claiming an interest in or to said property, pursuant to Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims and within 30 days after the earlier of (1) receiving actual notice of execution of process, or (2) the publication of this notice, must file a verified claim with the Clerk of the Court, U.S. District Court for the District of Columbia and make service upon the attorney for the plaintiff and must serve their answers within 20 days after the filing of their verified claims. All interested persons should file claims and answers within the time so fixed, or be defaulted and said property be condemned and forfeited to the use of the United States of America. William R. Cowden, Assistant United States Attorney, 555 Fourth Street, N.W., 4th Floor, Washington, D.C., 20530.