## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      :
      :
      Plaintiff,      :      Civil Action No.:   05-2125 (RMU)
      :
      v.      :
      :    **FILED**
ONE 2000 LINCOLN NAVIGATOR,      :
VIN #: 5LMFU28A8YLJ36287      :    APR 2 6 2007
      :
      Defendant.      :    NANCY MAYER WHITTINGTON, CLERK
      U.S. DISTRICT COURT

### ORDER AND JUDGMENT OF FORFEITURE

By minute order dated April 26, 2007, the court granted the plaintiff's motion for

summary judgment. Accordingly, it is this 26th day of April, 2007 hereby

**ORDERED** that the defendant properly further identified as:

One 2000 Lincoln Navigator SUV
VIN: 5LMFU28A8YLJ36287

be forfeited to the United States of America, and that said defendant property be disposed

of in accordance with applicable law.

The Clerk of the Court is hereby directed to send certified copies of this Judgment of

Forfeiture to counsel of record and to the United States Marshals Service.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge